# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF COLORADO

Criminal Case No. 24-cr-00106-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICO TOMAS GARCIA

    Defendant.

---

## UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

---

    Defendant, Rico Tomas Garcia, by his counsel of record, Peter R. Bornstein, moves this Court for an order modifying the conditions of his bond. As grounds in support of his motion Mr. Garcia states as follows:

    1. Mr. Garcia was indicted on April 4, 2024 and arrested in California on December 4, 2024.

    2. He appeared in the District of Colorado for his initial appearance on December 17, 2024. (Doc. # 8). He was released that same day on a $75,000 unsecured bond with a number of conditions of release including home detention and GPS monitoring.

    3. The pre-trial services probation officer, Seth Junker, has determined that a less restrictive condition of a curfew requirement plus GPS monitoring is appropriate in this case. The curfew Pre-trial suggests is from 10:00 pm to 6:00 am. AUSA Rebecca Weber concurs with Mr. Junker.

    4. Mr. Garcia requests the Court modify his bond condition to remove the home detention order and substitute a curfew instead

    Respectfully submitted this 20th day of January 2025.

    **THE LAW OFFICES OF PETER R. BORNSTEIN**

    */s/ Peter R. Bornstein*
    Peter R. Bornstein
    *Attorney for Defendant Rico Garcia*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record and to Defendant Rico Garcia by an attachment to an email communication.

                                            */s/Ghandia Johnson*
                                              Ghandia Johnson, Paralegal
                                              **THE LAW OFFICES OF PETER R. BORNSTEIN**