IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

**Criminal Case No. 1:24-cr-00106-NYW**

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**Rico Garcia,**
Defendant.

**MOTION FOR REMOTE APPEARANCE VIA TELEPHONE OR CONTINUANCE**

COMES NOW, Rico Garcia, the defendant in the above-captioned case, and respectfully moves this Honorable Court for an order allowing the defendant to appear at the hearing scheduled on 01/31/2025 at 1:30 pm via telephone conference. In support of this motion, the defendant states as follows:

1. The defendant is indigent and lacks any means of transportation to attend the hearing in person.
2. The defendant resides outside of the state of Colorado, and does not have family, friends, or any support network in the state.
3. The defendant does not possess a driver's license and has no vehicle, which further impedes their ability to travel to the courthouse.
4. The defendant's host, who is an elderly Asian senior citizen, is the only person who assists the defendant with transportation, but she will be leaving the country on Wednesday, making travel to the courthouse impossible.
5. Even by car, it would take over an hour each way to travel to the courthouse, considering normal traffic conditions, and without any other means of transportation, the defendant is unable to appear in person.

6. The defendant numerous attempts to contact their United States Probation Officer regarding any scheduling has consistently either not received a response, and/or Defendant typically cannot expect to receive one for about a least a week.
7. The scheduled hearing conflicts with the defendant's host's schedule, further complicating the logistics of in-person attendance.
8. Given the defendant's indigent status and lack of support in Colorado, it is respectfully requested that the Court allow the defendant to attend the hearing via telephone conference.
9. If remote participation is not granted, the defendant requests a continuance to allow time to resolve transportation issues and attend the hearing in person.
10. The defendant also requests information on the availability of court-appointed transportation and, if available, seeks assistance due to financial hardship.

WHEREFORE, for the reasons stated above, the defendant respectfully requests that this Honorable Court grant the motion and allow the defendant to appear remotely for the hearing on 01/31/2025 at 1:30 pm via telephone or video conference.

Respectfully submitted,

Rico Garcia. Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on 01/25/2025, a copy of the foregoing Motion was served via electronic mail to Rebecca.Weber@usdoj.gov. This document is being filed simultaneously with service via email submission to COD_ProSe_Filing@cod.uscourts.gov for filing with the Court.

Rebecca S. Weber
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600,
Denver, Colorado 80202
Tele: (303) 454-0100

Fax: (303) 454-0409

E-mail: Rebecca.Weber@usdoj.gov

Attorney for the United States

Rico Garcia

Defendant

Filing Pro Se

desert.sage936@silomails.com