IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Criminal Action: 24-cr-00106-NYW-1 | Date: January 31, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Rebecca Weber |
|     Plaintiff, | |
| v. | |
| 1. RICO TOMAS GARCIA, | Peter Bornstein |
|     Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**1:32 p.m.**     **Court in session.**

Appearances of counsel. Defendant present on bond.

The Court provides a history of this case.

The Court addresses representation issues present in this case.

1:43 p.m.     Ms. Weber exits the courtroom.

**Ex-Parte Proceedings**

Comments by Mr. Bornstein and Defendant in response to the Court's questions.

1:52 p.m.     Ms. Weber returns to the courtroom.

**ORDERED:**   **Defendant's Motion to Compel Withdrawal of Counsel Due to Ineffective**

Assistance, Violations of Ethical Duties, Constitutional Infringements and Sanctions [Doc. 38] is DENIED.

Defendant sworn.

Defendant answers questions from the Court with respect to his desire to waive counsel and represent himself.

Court's findings.

**ORDERED:** **Defendant's request to proceed pro se is GRANTED. Mr. Bornstein is allowed to withdraw as counsel for Mr. Garcia and Mr. Garcia is allowed to proceed pro se. The Court appoints Mr. Bornstein as standby counsel.**

Discussion regarding the Government providing discovery to Mr. Garcia.

Ms. Weber has with her a thumb drive which contains a portion of the discovery and AUSA Michael Price will provide an encrypted password to Mr. Garcia. Mr. Garcia requests the Government provide him with the thumb drive today.

Mr. Bornstein will turn over the discovery to a new attorney if he enters an appearance on behalf of Mr. Garcia.

**ORDERED:** **The Clerk of Court shall add Mr. Garcia's contact information to the case:**

> **Rico Tomas Garcia**
> **22625 E. Fremont Place**
> **Aurora, CO 80016**
> **(928) 364-1666**
> **desert.sage936@silomails.com**

The Court reminds Mr. Garcia that a hearing is set for February 6, 2025 at 2:30 p.m. in Courtroom A-402 before Magistrate Judge Varholak on Defendant's Unopposed Motion to Modify Bond Conditions.

If Mr. Jeffrey Pagliuca agrees to represent Mr. Garcia, he shall enter his appearance in this case.

**2:20 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:     0:48